■ Ralph Muse et al., Respondents, v Philco-Ford Corporation, Appellant, et al., Defendant.—Order of the Supreme Court, Putnam County, dated March 30, 1984, affirmed, with costs, for the reasons stated by Justice Hickman at Special Term. Mollen, P. J., Bracken, Brown and Rubin, JJ., concur.